**USDC-SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC#:  
DATE FILED:** 4/6/2020

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

           Plaintiff,

    v.

MICHAEL SANCHEZ; EDWIN ALMONTE; EDOEL GUERRERO and GIOVANNI PACHECO,

           Defendants.

No. 19-CR-621 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Pursuant to the Southern District of New York's Standing Order of March 27, 2020 regarding the suspension of jury trials until June 1, 2020, *see* 20 Misc. 172, the trial in this action – currently scheduled to begin on May 11, 2020 – is hereby adjourned. No later than April 13, 2020, the parties shall confer and file a letter proposing alternative trial dates.

SO ORDERED.

Dated:    April 6, 2020  
             New York, New York

                                              Ronnie Abrams  
                                              United States District Judge