

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 11, 2020

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States* **v.** *Michael Sanchez, et al.*, 19 Cr. 621 (RA)

Dear Judge Abrams:

    The Government writes in response to the Court's order dated April 6, 2020. (ECF No. 27.) The parties have conferred and respectfully request that trial in this matter be adjourned until a date convenient to the Court in September 2020. The parties further request that the Court exclude time under the Speedy Trial Act between May 11, 2020 and the date of the rescheduled trial.

        Respectfully submitted,

        GEOFFREY BERMAN
        United States Attorney

    By: _____
        Alexandra Rothman
        Assistant United States Attorney
        (212) 637-2580

    cc: Defense counsel (by ECF)

Application granted. The trial is rescheduled for August 31, 2020. A final pretrial conference is scheduled for August 28, 2020 at 3:00 p.m. Pretrial submissions shall be filed by August 7, 2020 and any responses shall be filed by August 14, 2020. Time is excluded until August 31, 2020, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(a).

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
April 13, 2020