**USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/17/2020**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

SANCHEZ, et al,

Defendants.

No. 19-CR-621

ORDER

RONNIE ABRAMS, United States District Judge:

The parties are directed to confer and submit a status letter to the Court by no later than July 24, 2020.

SO ORDERED.

Dated: July 17, 2020
New York, New York

Ronnie Abrams
United States District Judge