UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/23/2020

UNITED STATES OF AMERICA,

v.

SANCHEZ, et al,

Defendant.

No. 19-CR-621

ORDER

RONNIE ABRAMS, United States District Judge:

The Court will hold plea allocutions for the following defendants on the respective dates and times:

- Michael Sanchez:  August 20, 2020 at 11:30 a.m.

- Edwin Almonte: August 24, 2020 at 2:30 p.m.

- Edoel Guerrero: August 5, 2020 at 2:30 p.m.

- Giovanni Pacheco: August 18, 2020 at 11:30 a.m.

All proceedings will be held by Skype for business.  The Court will send the parties logistical information about the videoconferencing technology. The public may access the conference by calling in to (888) 363-4749, access code 1015508. Counsel shall confer with their clients and submit Waiver forms in advance of the scheduled proceeding.

SO ORDERED.

Dated:     July 23, 2020
           New York, New York

Ronnie Abrams
United States District Judge