UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :
                                     :
     -against-                       :    ORDER

Michael Sanchez
Defendant

-------------------------------------X

Honorable Ronnie Abrams, United States District Judge:

    It is hereby ORDERED that the defendant's bail conditions are modified to include "Mental health evaluation/treatment as directed by Pretrial Services."

Dated: New York, New York
     November 12, 2020

                                                            SO ORDERED:

                                                          Honorable Ronnie Abrams
                                                          United States District Judge