**DAWN M. FLORIO LAW FIRM, PLLC**
*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 939-9539
Facsimile: (347) 398-8062
DawnMFlorio@yahoo.com

March 11, 2021

<u>VIA ECF</u>
Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall United State Courthouse
40 Foley Square
New York, New York 10007

> Application granted. The sentence is adjourned to April 23, 2021 at 10:00 a.m.
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> March 11, 2021

RE:   *United States v. Michael Sanchez*
      <u>1:19-CR-00621-RA-1</u>

Honorable Abrams;

I, Dawn M. Florio, attorney at law, represent Michael Sanchez on the above case matter. I am requesting that Michael Sanchez's sentencing that is set for March 19, 2021 @ 12pm be adjourned. Mr. Sanchez is currently in a Mental Health Program and we would like for him to finish it. Mr. Sanchez and myself would like his sentencing to be done in person and if there is a date in late April or any other date that is feasible with the court.

I have spoken to AUSA Alexandra Rothman and she does not object to this request.

I am requesting that this application be acknowledged and considered, so he can relocate immediately.

Sincerely,

Dawn M. Florio

Dawn M. Florio, Esq.

CC:   AUSA Alexandra Rothman