**DAWN M. FLORIO LAW FIRM, PLLC**
*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 939-9539
Facsimile: (347) 398-8062
*DawnMFlorio@yahoo.com*

August 10, 2021

*VIA ECF*
Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall United State Courthouse
40 Foley Square
New York, New York 10007

Application granted. The
voluntary surrender date is
adjourned to September 20, 2021.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
August 10, 2021

RE:   *United States v. Michael Sanchez*
      *1:19-CR-00621-RA-1*

Honorable Abrams;

   I, Dawn M. Florio, attorney at law, represent Michael Sanchez on the above case matter.  I am requesting that Michael Sanchez's turn in date of August 16 @ 2pm be adjourned to the sometime in September.  Mr. Sanchez is still currently in a Mental Health Program; he also has appointments with an Orthopedic doctor to determine when surgery is to be scheduled as well with a Dermatologist.

   I have spoken to AUSA Alexandra Rothman and she does not object to this request.

   I am requesting that this application be acknowledged and considered, so he can relocate immediately.

Sincerely,

Dawn M. Florio

Dawn M. Florio, Esq.

CC:   AUSA Alexandra Rothman