**DAWN M. FLORIO LAW FIRM, PLLC**
*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 939-9539
Facsimile: (347) 398-8062
DawnMFlorio@yahoo.com

September 17, 2021

<u>VIA ECF</u>
Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall United State Courthouse
40 Foley Square
New York, New York 10007

> RE:   *United States v. Michael Sanchez*
>            <u>1:19-CR-00621-RA-1</u>

Application granted. Mr. Sanchez's voluntary surrender date is adjourned to October 12, 2021.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
September 20, 2021

Honorable Abrams;

   I, Dawn M. Florio, attorney at law, represent Michael Sanchez on the above case matter. I am requesting that Michael Sanchez's turn in date that is set for September 20, 2021 @ 2pm be adjourned. Mr. Sanchez has 2 final appointments for bloodwork on 9/20 then a leg procedure that will be done on 9/27. He will require 1.5 weeks at most to recover, thereafter a date for either 10/4 or 10/11 can be set for Mr. Sanchez to turn himself in and begin serving his sentence.

   I have spoken to AUSA Alexandra Rothman and she does not object to this request.

   I am requesting that this application be acknowledged and considered, so he can relocate immediately.

Sincerely,

Dawn M. Florio

Dawn M. Florio, Esq.

CC:   AUSA Alexandra Rothman